IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                        Plaintiff,                    JUDGMENT

v.

                                                      18-po-02-slc

TERRY ALEXANDER,

                        Defendant.
_____

On January 23, 2018, this court held a bench trial on the charge of disorderly conduct at the VA hospital brought against defendant Terry Alexander in Violation Notice Number 6731626. Mr. Alexander represented himself at trial. The VA was represented by Assistant U.S. Attorney Aaron Wegner. After taking evidence and considering the arguments of both sides, the court found that Mr. Alexander had engaged in disorderly conduct as charged. The court imposed a fine of $100 + $30 costs, to be payed in two $65 installments, the first due by February 2, 2018, the second due by March 2, 2018.

## ORDER

It is ORDERED that defendant Terry Alexander shall pay a fine of $100 and costs of $30, with $65 to be paid not later than February 2, 2018 and the remaining $65 to be paid not later than March 2, 2018.

Entered this 26th day of January, 2018.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge